IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>       Defendants. | Case No. 22-cv-00536 |

**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Nike, Inc., by and through its undersigned counsel, certifies that it does not have a parent corporation, and that no publicly held corporation owns more than 5% or more of its stock.

Dated this 31st day of January 2022.       Respectfully submitted,

       /s/ Justin R. Gaudio
       Amy C. Ziegler
       Justin R. Gaudio
       RiKaleigh C. Johnson
       Jake M. Christensen
       Greer, Burns & Crain, Ltd.
       300 South Wacker Drive, Suite 2500
       Chicago, Illinois 60606
       312.360.0080 / 312.360.9315 (facsimile)
       aziegler@gbc.law
       jgaudio@gbc.law
       rjohnson@gbc.law
       jchristensen@gbc.law

*Counsel for Plaintiff Nike, Inc.*